# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2025-2720
LT Case Nos. 1984-CF-001174-C
1984-CF-001248-C

_____

KENNETH BOUDREAUX,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

3.800 Appeal from the Circuit Court for Marion County.
Robert W. Hodges, Judge.

Kenneth Boudreaux, Raiford, pro se.

No Appearance for Appellee.

June 11, 2026

PER CURIAM.

AFFIRMED.

MAKAR, EDWARDS, and HARRIS, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____